**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2184**

_____

SHEENA HUNT, Individually and as the Administratrix of the
Estate of; RUSSELL AARON HUNT, Deceased,

        Plaintiffs – Appellants,

    v.

BROOKS RUN MINING COMPANY, LLC, a Limited Liability
Company,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, Senior
District Judge.  (1:13-cv-00433)

_____

Submitted:  June 30, 2015        Decided:  July 29, 2015

_____

Before MOTZ, GREGORY, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James R. Akers II, AKERS LAW OFFICES, PLLC, Charleston, West
Virginia, for Appellants. Gretchen M. Callas, JACKSON KELLY
PLLC, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheena Hunt appeals the district court's order granting summary judgment in favor of Brooks Run Mining Company in Hunt's action under W. Va. Code Ann. § 23-4-2 (LexisNexis 2010).* We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hunt v. Brooks Run Mining Co., No. 1:13-cv-00433 (S.D. W. Va. Sept. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* The statute recently was amended. See 2015 W. Va. Legis. Serv. 243. We applied the prior version of the statute to the facts of this case.